# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 13 MM 2015
:
Respondent :
:
:
:
v. :
:
:
ANTHONY S. HASKINS, :
:
Petitioner :

## ORDER

**PER CURIAM**

   **AND NOW**, this 20th day of February, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Application for Extraordinary Relief is **DENIED**.